UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Karl Monteiro,<br><br>            Plaintiff,<br><br>v.<br><br>NCB Management Services, Inc., et al.; and DOES 1-10, inclusive,<br><br>            Defendants. | Civil Action No.: 3:09-cv-30195-KPN |

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against Defendant NCB Management Services, Inc. with prejudice.

Karl Monteiro                                                            NCB Management Services, Inc.

   /s/ Sergei Lemberg                             /s/ Erin K. Higgins
Sergei Lemberg, Esq. (650671)              Erin K. Higgins, Esq. (559510)
LEMBERG & ASSOCIATES                  Conn, Kavanaugh, Rosenthal, Peisch & Ford, LLP
1100 Summer Street, 3rd Floor             10 Post Office Square, 4th Floor
Stamford, CT 06905                              Boston, MA 02109
(203) 653-2250                                      (617) 482-8200
Attorney for Plaintiff                               Attorney for Defendant

_____

SO ORDERED